FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2008 MAY -9 AM 8:05

SIGN_____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRESTON G. DEMOUCHETTE (#90331)

VERSUS

DR. JONATHAN ROUNDTREE, ET AL.

CIVIL ACTION

NO. 08-0050-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 14, 2008 (doc. no. 6). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED, without prejudice, for failure of the plaintiff to pay the Court's filing fee.

Baton Rouge, Louisiana, this 8th day of May, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA