UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRESTON G. DEMOUCHETTE (#90331)

VERSUS

DR. JONATHAN ROUNDTREE, ET AL.

CIVIL ACTION

NO. 08-0050-JJB-CN

## ORDER OF DISMISSAL

For the written reasons assigned and filed herein:

IT IS ORDERED that this action is DISMISSED, without prejudice, for failure of the plaintiff to pay the Court's filing fee.

Baton Rouge, Louisiana, this 8th day of May, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA